

# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2019

No. 04-18-00628-CR

Braden Daniel **PRICE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR10496
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The panel has considered the State's Motion for Rehearing and the motion is DENIED.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court